UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MEDARC, LLC, as Collection Agent for JEFFREY H. MIMS, Trustee of the Liquidating Trust of REVOLUTION MONITORING, LLC, REVOLUTION MONITORING MANAGEMENT, LLC, and REVOLUTION NEUROMONITORING, LLC,** | * * * * * | **CIVIL ACTION NO. 3:20-cv-03241-L** |
| *Plaintiff,* | * | **JUDGE: Sam A. Lindsay** |
| v. | * | |
| **SCOTT AND WHITE HEALTH PLAN,** | * | **MAGISTRATE: David L. Horan** |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Rules 81.1(a)(4)(D) and 3.1(c), Defendant Scott and White Health Plan ("SWHP") states that the following listed persons and entitles as described in Local Rule 3.1(c) have an interest in the outcome of this case (financially or otherwise).

1. **Plaintiff**

    MedARC, LLC as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC

2. **Attorneys for Plaintiff**

    Craig A. Albert
    TX State Bar No. 00790076
    Jonathan A. Aldaco
    TX State Bar No. 24093770
    CHERRY PETERSEN LANDRY ALBERT LLP
    8350 North Central Expressway, Suite 1500

>   Dallas, Texas 75206
>   Telephone: (214) 265-7007

**3. Defendant**

>   Scott and White Health Plan

**4. Attorneys for Defendant**

>   Jonathan M. Herman
>   TX Bar No. 24052690
>   Allison N. Pham
>   TX Bar No. 24053399
>   THE HERMAN LAW FIRM
>   1601 Elm Street, Suite 2002
>   Thanksgiving Tower
>   Dallas, Texas 75201
>   Telephone: (214) 624-9805

Dated: October 23, 2020

>   Respectfully submitted,
>
>   THE HERMAN LAW FIRM
>
>   By: */s/ Jonathan M. Herman*
>       Jonathan M. Herman (TX Bar No. 24052690)
>       Allison N. Pham (TX Bar No. 24053399)
>       1601 Elm Street, Suite 2002
>       Thanksgiving Tower
>       Dallas, Texas 75201
>       Telephone: (214) 624-9805
>       Facsimile: (469) 383-3469
>       jherman@herman-lawfirm.com
>       apham@herman-lawfirm.com
>
>   *COUNSEL FOR DEFENDANT SCOTT AND WHITE HEALTH PLAN*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Persons was electronically submitted with the Clerk for the U.S. District Court for the Northern District of Texas, Dallas Division, using the electronic case filing system of the Court, and was served on all counsel of record as follows on this 23rd day of October, 2020.

**VIA EMAIL**
Craig A. Albert – calbert@cplalaw.com
Jonathan A. Aldaco – jaldaco@cplalaw.com
CHERRY PETERSEN LANDRY ALBERT LLP
8350 North Central Expressway, Suite 1500
Dallas, Texas 75206

*/s/ Jonathan M. Herman*
Jonathan M. Herman